```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PHILIP POLITZINER, *ET ANO*,          :          09 Civ. 2364 (SHS)

                Plaintiff,          :

       -against-          :          <u>ORDER</u>

CRP/EXTELL PARCEL I L.P.,          :

                Defendant.          :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for completion of fact discovery is October 9, 2009;

    2.    There will be a pretrial conference on October 9, 2009, at 10:00 a.m.; and

    3.    If there are any discovery disputes, the parties shall notify the Court, in writing, far enough in advance of October 9, so that the dispute can be adjudicated and the discovery taken before the close of discovery.

Dated: New York, New York
       June 9, 2009

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.